# CERTIFICATE OF SERVICE

I, __Cynthia E. Lewis__, certify that I am, and at all times during the service of process was,
(name)
not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint and a copy of Local Rule 7001-1 was made __March 16, 2018__ by:
(date)

[X] Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

Justin Infurna
The Infurna Law Firm
121 South Orange Avenue, Ste 1500
Orlando, FL 32801

[ ] Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

[ ] Residence Service: By leaving the process with the following adult at:

[ ] Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

[ ] Publication: The defendant was served as follows: [Describe briefly]

[ ] State Law: The defendant was served pursuant to the laws of the State of _____
as follows: [Describe briefly]                                                              (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

3/16/18                                     _Cynthia E. Lewis_
Date                                         Signature

| Print Name |  |  |
|---|---|---|
| Cynthia E. Lewis |  |  |
| Business Address |  |  |
| Lewis & Monroe PLLC, PO Box 540163 |  |  |
| City | State | Zip |
| Orlando | FL | 32854 |

# U.S. Bankruptcy Court
## Middle District of Florida

In re:  
**ANGELA HERRERA**  
Debtor

Bankruptcy Case No. **6:17-bk-06097-KSJ**

**GENE T. CHAMBERS CHAPTER 7 TRUSTEE**  
Plaintiff  
v.  
**ANGELA HERRERA**  
Defendant

Adversary Proceeding No. **6:18-ap-00022-KSJ**

## *SUMMONS IN AN ADVERSARY PROCEEDING*

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| Clerk, U.S. Bankruptcy Court<br>Middle District of Florida<br>400 West Washington Street, Suite 5100<br>Orlando, FL 32801 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| Cynthia E Lewis<br>PO Box 540163<br>Orlando, FL 32854 0163 |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

**YOU ARE NOTIFIED** that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place:

Address:   George C. Young Federal Courthouse  
400 West Washington Street  
Orlando, FL 32801

Room: Courtroom 6A, 6th Floor  
Date and Time:   Tuesday July 10, 2018 at 2:00PM

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Clerk, U.S. Bankruptcy Court

*** Important Notice ***

The enclosed Certificate of Service must be filed with the court <u>along with a copy of this summons</u> after service has been made on the parties.

CSD 3007